IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ELL SHEHEE,

     Petitioner,                    No. 2:12-cv-2110 JFM (HC)

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

     Respondent.               <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4     2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

9 DATED: August 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
sheh2110.109

2